No. 554. WEST VIRGINIA POWER Co. *v.* UNITED STATES. December 6, 1937. On petition for writ of cer-

tiorari to the Circuit Court of Appeals for the Fourth Circuit. Dismissed on motion of counsel for the petitioner. *Messrs. Newton D. Baker* and *Raymond T. Jackson* for petitioner. No appearance for the United States.